ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*70*

Shadney Hamer

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Robert Ortega, RN Markey

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case:2:23-cv-11121
Judge: Michelson, Laurie J.
MJ: Stafford, Elizabeth A.
Filed: 05-12-2023 At 09:36 AM
PRIS HAMER V ORTEGA, ET AL (LG)
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

# Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

# I.   The Parties to This Complaint

## A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          Shadney Hamer

All other names by which you have been known:

_____

_____

ID Number          787762

Current Institution   (SMT)  Parnall

Address          1780 E. Parnall Rd.

Jackson MI. 49201

## B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name          Robert Ortega

Job or Title      Food Director / Supervisor
(if known)

Shield Number    _____

Employer        MDOC

Address        3225 John Conley Dr.

Lapeer MI  48446

☑ Individual capacity      ☐ Official capacity

2

ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

       Name                    RN Morkey

       Job or Title
       (if known)

       Shield Number

       Employer            MDOC

       Address             3225 John Conley Dr.
                           Lapeer MI 48446

       ☑ Individual capacity        ☐ Official capacity

Defendant No. 3

       Name

       Job or Title
       (if known)

       Shield Number

       Employer

       Address

       ☐ Individual capacity        ☐ Official capacity

Defendant No. 4

       Name

       Job or Title
       (if known)

       Shield Number

       Employer

       Address

       ☐   Individual capacity        ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st  Amend.  Retaliation

8th  Amend.  Deprivation of Food

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."  42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

See Attached

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Jan 2023 - March 2023

ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?*
       *Who did what?  Was anyone else involved?  Who else saw what happened?)*

See Attached

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See Attached

Case 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

TCF   Thumb Correctional Facility
Lapeer  MI  48446

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑   Yes

☐   No

☐   Do not know

If yes, which claim(s)?

Both  1st, 8th

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At Thumb Correctional Facility

2. What did you claim in your grievance?

That my food had been tampered with before and I put in grievances and since then Robert Ortega has insisted in asserting that I am not allergic to anything. Refusing to send me meals-in.

3. What was the result, if any?

Rejected As Untimely.

Se 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.     What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Grievance Process Complete
Step 3

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here:

N/A

2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Each grievance was rejected as untimely due to me transferring to a different facility. (TCF) - (SMT) I would recieve a grievance appeal and send it in the very next day via expedited legal mail. MDOC P.D. 03.02.130 (J)(5)  Then recieve a untimely rejection. See Attached.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

Pro Se 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**VIII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐   Yes

☑   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

        Plaintiff(s)   _____

        Defendant(s)   _____

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.   Docket or index number

        _____

4.      Name of Judge assigned to your case

        _____

5.      Approximate date of filing lawsuit

        _____

6.      Is the case still pending?

        ☐       Yes

        ☐       No

        If no, give the approximate date of disposition.  _____N/A_____

7.      What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*


                            N/A


C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        ☑       Yes

        ☐       No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

        1.      Parties to the previous lawsuit

                Plaintiff(s)   Shadney Hamer
                Defendant(s)   Debra Allen

        2.      Court *(if federal court, name the district; if state court, name the county and State)*



        3.      Docket or index number

                ____4:22-cv-11317-SDK-DRG____

13

Se 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.    Name of Judge assigned to your case

_____ Hon. Shalna D. Kumar _____

5.    Approximate date of filing lawsuit

_____ 7/13/2022 _____

6.    Is the case still pending?

☑    Yes

☐    No

If no, give the approximate date of disposition.  _____

7.    What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____ In Mediation _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____ , 20____ .

Signature of Plaintiff _____

Printed Name of Plaintiff _____ Shadney Homer _____

Prison Identification # _____ 787762 _____

Prison Address _____ 1780 E. Purnell BD. _____
_____ Jackson    MI    49201 _____
        City              State          Zip Code

14

Pro Se 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

See Attached

United States District Court Eastern Michigan

Shadney Homer
787762

v.

Robert Ortega, RN Markey

           Case #

Judge #

Magistrate #

Shadney, Homer
787762
In Pro Se
Parnall Correctional Facility
1780 [illegible] Rd,
Jackson MI 49201

Declaration In Support Of [illegible]
Motion For The Appointment Of Counsel

1. I am the [illegible] in the above-entitled case. I [illegible]
[illegible] in support of my motion for the appointment of counsel.
2. The incident in [illegible] staged this civil suit was subject to
[illegible] of food sanitation from the facility where Parnall [illegible]
I [illegible] [illegible] was [illegible] [illegible] medical [illegible] for
[illegible] due to [illegible] [illegible] [illegible]. [Medical detail written by
my treating P.A. Terri Cassey.] The plaintiff also was subsequently
[illegible] fails from RN Markey.

<u>1 of 2</u>

3. This is a _____ case because it contains several different legal _____, with each claim _____ a different set of determining.

4. The plaintiff _____ a demand along with his _____ a week before _____ _____ was _____ the prison. The plaintiff date to go home is 5/1-23. The plaintiff has received 3 _____ 3 grievances for 3 out of _____ claim. TCF 23___-33-09E was submitted to _____ on 3/2_ _____ have _____ a reply. The _____ to _____ failure to _____ due to _____ _____ and _____ _____? completion. But the plaintiff _____ _____ exhaust grievances outside of prison.

5. The plaintiff has demand a _____ _____.

6. The plaintiff requests _____ _____ Ecf file _____ _____ _____.

7. The plaintiff is a high school education and has _____ _____ _____ Special Ed _____ tested and _____ _____.

8. The _____ _____ of the discovery of _____ _____ the Plaintiff Logbook and deposition of a _____ of _____ _____ being CECIS and _____ _____ names.

Wherefore the plaintiffs motion for appointment of counsel should be granted. Pursuant to 28 U.S.C. 17___ I _____ under penalty of perjury that the foregoing is true and correct.

Shadney Hamer
5/7/23

United States District Court Eastern District
of Michigan

Shadrick Hanner
787762                    Plaintiff          Case #  —
                                             Judge #  —
V.                                           Mag #  —

Robert Ortega, RN Murray

                    Defendant

Shadrick Hanner
In Pro Se
Fault Correctional Facility
1780 E. Parnall Rd.
Jackson, MI  49201


          Request For Prison Early Mediation Program


   The Plaintiff here, request for the Court place in the Early
Mediation Program.

Statement Of Facts

The Plaintiff is now currently housed at Parnall Correctional Facility in Jackson, at the time of the events being litigated the plaintiff was housed at Thumb Correctional Facility in Lapeer, MI. The plaintiff rode-in from RGC-C-unit medical facility to Thumb Correctional Facility, henceforth, called "TCF", to participate in their new medical facility.

1. The plaintiff has a severe disorder called Anaphlaxis. He is highly allergic to vinegar also known as "Acetic Acid." The plaintiff has an uncommon disorder that is also idiopathic, meaning no blood or prick test can be done for results. The plaintiff can and will have an allergic reaction whether low, moderate, or severe from either smelling, touching, or digesting items he's allergic too. These attacks include severe hives, edema, (swelling of the face), swelling of the tongue, and throat causing a blockage to his airways which can be fatal. Ex.1

2. At all relevant times "TCF" medical staff and Corrections staff knew of the plaintiff's medical condition.

3. The plaintiff transferred to "TCF" in May of 2022. The plaintiff detail was switched over to "TCF"

was deprived of more than 27 meals in a months time. Lunch and dinner would not be sent to the plaintiff at all. The plaintiff was told to follow chain of command first. Starting with (ARUS/PC Hairston) which is more or less a counselor or prisoner Administrator.

8. P.C Hairston came down to Hamer counseling him. Even Robert Ortega has put a stop to the plaintiffs meals in. The plaintiff stated to P.C Hairston he can not do this because I have no medical detail. P.C. Hairston relayed this information to Robert Ortega with a detail that was received in January. Ex. 4

9. The plaintiff wrote a grievance on Robert Ortega after finding out that Mr. Ortega sent a message to Kristen Jones / Dietician. In this correspondence Kristen Jones told Mr. Ortega that she does not believe that Mr. Hamer is allergic to vinegar. Ex. Email sent from Robert Ortega to Kristen Jones on January 30, 2022 at 12:32.

The plaintiff would like to point out that Kristen Jones has never seen or talk to Mr. Hamer. She also does not know about Mr. Hamer being idiopathic. As well as Kristen Jones making out of

tray for Mr. Horner and was denied. C/o Kelly called Sgt. Luca and spoke to ARUS Hairston and stated to the plaintiff that he would be the witness in Mr. Horn's grievance. Ex.7

14. On 2/8/22 at 11:47 on camera TCF 2620 the plaintiff recieved a Jour cell from RN Markey and C.O. Brown. At this time RN Markey then stated "show me this up-to-date detail ... submission have". The plaintiff showed her. RN Markey then stated "I don't know why one [Medical Provider Nurse Practition Massey] wrote this for you all over again come back negative" was asking". The plaintiff then told RN Markey that is was Idiopathic. [which she did not know what a word was the plaintiff explained] She then stated "Whatever", I am ... about this detail and I don't care if you don't eat you both would have needed from someone. The plaintiff then cursed at C.O. Brown whom the plaintiff has much respect and admiration for due to C.O. Brown treating inmates like human beings that make mistakes, instead of Monsters or Animals that deserved to be locked in cages. The plaintiff said "so she's denying me a meal."

RN Markey then stated in front of C.O. Brown, "I don't know anything about this detail Massey

inmate Hamer knew that whatever Hamer did to "piss" Ortega off, Ortega now after him. Ex 9

* Argument *
Retaliation - Ortega

1.  Protected Conduct - The plaintiff wrote several grievances on food service and was indeed in protected conduct. See Ex.3,5

2.  Adverse Action - Prior to the first grievance on food service, January 8, 2023 the plaintiff had never had a problem with food service and deprivation if their was a problem with the plaintiffs' meal, one call from a Corrections Officer and the problem would be resolved. When the plaintiff first submitted that first grievance, beforehand had never had a problem with food service and that first grievance the deprivation and food games started on Ortega being the sole decision-maker illegally deprived the plaintiff of a human most basic need. Food! This led to a plethora of ailments due to poor nutrition.

3.  Motivation - The motivation is satisfied if the plaintiff can show that he engaged in protected conduct and can lay out a timeline of the events, adverse action while engaged in protected conduct.

7

- Deliberate Indifference -
* Robert Ortega *

1. Objective - Food is one of the basic necessities of life protected by the 9th Amendment

2. Subjective component

(1) Because I Facts - On 5/23 the prison stated in his answer "The kitchen then was co-opted Food leader Mayor told C.O. #4 she would not replace the meal. Then replaced it with 3PB say which again I am allergic too. Please investigate I feel I am being targeted.

Being the leader who runs the kitchen all grievances dealing with food or food service would go through the defendant Robert Ortega.

(2) Drawing Inference - The kitchen did is food known of the plaintiffs allergens. The kitchen at all times was supplied with a detail or accommodation. As well as defendant Robert Ortega was told not to touch by Sgt. Ass, Assistant Houston and Corrections Officers Lamio/McGuffigan/Demers/Alvord/Lang/Keller etc. The defendant Robert Ortega was also

* 2.) _____ *

1. Objective Component

   As noted above in Sabir-a _____ objective component, food is one of the basic necessities _____ protected by the Eight Amendment.

2. Subjective Component

   (1) Perceived Facts - Information about the plaintiff not getting his meals and inquires about his medical status brought RN Markey to the plaintiff's _____. The plaintiff _ RN Markey knew of the plaintiff's medical condition seeing as he was the only inmate who used an Epipen frequently and all medical staff _____ _____ where the Epipen was located, RN Markey had indeed given the plaintiff his epipen before during an attack.

   (2) _____ Inference - RN Markey has _____ to _ plaintiff's medical _____ as well as _____ the _____ that attack. Once subjected to the plaintiff to the plaintiff again showed RN Markey his new detail verifying that my detail was up-to-date.

   (3) _____ Risk - The defendant RN Markey then _____, I ____ ____ ____ this detail and I ____ ____ it if you don't eat you better borrow some _____ from somebody. The

attempted to communicate with _____ staff and some

events were recorded on the Kids logbook and some

were recorded on _____ TCF _____. The plaintiff also

ask for punitive damages as well.

TCF-2802-121-291   Camera

TCF-2802-1-21-291   Logbook

1. _____
2. _____
3. _____
4. _____
5. _____
6. APRS  Hamilton
7. _____ HUM Love
8. Sgt. _____
9. 2nd  Adamecx
10. C/O  Brown
11. RN  _____
12. _____

Here some of the staff the plaintiff can and will call
to testify about the _____ days.

Under 28 U.S.C. 1746 under penalty of perjury I do hereby certify, verify, declare that all is true and correct to the best of the plaintiffs knowledge.

SHILOH SIGMANN LYONS
NOTARY PUBLIC, STATE OF MI
COUNTY OF LENAWEE
MY COMMISSION EXPIRES Jul 28, 2025
ACTING IN COUNTY OF Jackson

Notary

Shadiey Hamer
787762

4/19/23
date

1780 E. Dansil Rd.
Jackson MI 49201

Exhibits

1. Medical Detail   8/30/21

2. Medical Detail   10/6/2022

3. Grievance   TCF 2301-33-09E
   1/8/23

4. Medical Detail   1/12/2023

5. Grievance   TCF 2302-119-- 8
   8/6/23

6. Medical Detail   2/6/23

7. Grievance   TCF 2302-120-
   2/8/23

8. Grievance   TCF 2302-121-28A
   2/8/23

9. Affidavit by M. Crossley

# Michigan Department of Corrections
## Medical Detail Special Accommodations

| Off #: | 0787762 | Offender Name: | Hamer, Shadney Deperryon |
|---|---|---|---|

| | | |
|---|---|---|
| __ No Work | | Exp. Date: _____ |
| __ Lay In | | Exp. Date: _____ |

| **Restriction** | | **Expiration Date** |
|---|---|---|
| Bottom Bunk | | |
| Ground Floor Room-No Stair Steps | | |

**X** No Restrictions

**Comments:** Hx of severe allergic reactions with anaphylaxis. Requires epi pen, multiple doses at time.

When inmate reports having allergic reaction he MUST be taken to ER immediately— he has a 15 minute window from start of symptoms to receive emergency medical treatment to prevent death.

08/30/2021
Date

| Offender Name: | **Hamer, Shadney Deperryon** | Off #: | **0787762** | Lock: | **2 S Of:229L:Bot:02** |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

# Michigan Department of Corrections
## Medical Detail Special Accommodations

| Off #:  0787762 | **Offender Name:**   Hamer, Shadney Deperryon |
|---|---|

| ___ No Work | Exp. Date: _____ |
|---|---|
| ___ Lay In | Exp. Date: _____ |

### Housing Restriction:

| **Restriction** | **Expiration Date** |
|---|---|
| Bottom Bunk | |

### Physical Limitation/Restriction

| **Restriction** | **Expiration Date** |
|---|---|
| Food Allergy (Seg Unit) | |
| No Chemical Agents | |
| No Yard Crew | |
| No Kitchen Work | |

### May have the following equipment in his / her possession:

| **Equipment** | **Start Date** | **End Date** | **Return Date** |
|---|---|---|---|
| Non Wool Blanket | 11/12/2021 | | |

**Comments:**   Meals In dx-food allergy

|  |
|---|
| **10/06/2022** |
| Date |

| Offender Name: __**Hamer, Shadney Deperryon**__ | Off #: __**0787762**__ | Lock: __**FB:092:Bot:B**__ |
|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

Camera
TCF2622
@ 06:10 on 1/9/23

MICHIGAN DEPARTMENT OF CORRECTIONS                                    4835-4247  10/94
PRISONER/PAROLE ~~RECEIVED~~ FORM                                     CSJ-247A

RECEIVED
GRIEVANCE OFFICE

Date Received at Step I  __JAN 12 2023__  Grievance Identifier: __TCF-23-01-++-33I-I09I-E+__

| Be brief and concise ~~GRIEVANCE OFFICE~~ issue.  If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Shadrey Hamer | 787767 | TCF | FB-92 | 1/8/23 | 1/8/23 |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date?  __1/8/23__
If none, explain why. Spoke w/ C.O. Lamb, and C.O. Demers. C.O. Demers
called the Kitchen and spoke to Sgt. Lang.

- State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
- Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Ex. 1 pg. 45 of Franklin
B logbook - On 1/8/23 Hamer was given a hamburger patty that was tampered with. Hamer reported it to his C.O.'s in which they wrote what they saw in the logbook. The kitchen then was contacted Food leader Mabry told the C.O.'s that she would not replace the meal. Then replaced it with BBQ Soy which again I am allergic to. Please investigate I feel I am being targeted for ~~retaliation~~ Ex. 2.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No   If No, give explanation.  If resolved, explain resolution.)


_____  _____   _____  _____
Respondent's Signature          Date         Reviewer's Signature          Date
_____  _____   _____  _____
Respondent's Name (Print)   Working Title   Reviewer's Name (Print)   Working Title

| Date Returned to Grievant: 1-2-23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

# Michigan Department of Corrections
## Medical Detail Special Accommodations

FB92

| Off #: | 0787762 | Offender Name: | Hamer, Shadney Deperryon |
|---|---|---|---|

___ No Work                                                                 Exp. Date: _____
___ Lay In                                                                   Exp. Date: _____

**Housing Restriction**

**X** No Restrictions

**Physical Limitation/Restriction**

| Restriction | Expiration Date |
|---|---|
| Food Allergy (Seg Unit) | |
| No Chemical Agents | |
| No Yard Crew | |
| No Kitchen Work | |

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Non Wool Blanket | 11/12/2021 | | |

**Comments:** Meals In dx-food allergy

01/12/2023
Date

| Offender Name: | **Hamer, Shadney Deperryon** | Off #: | **0787762** | Lock: | **FB:092:Bot:B** |
|---|---|---|---|---|---|

***ALL EXPIRATION DATES ARE AT 24:00***

MDOC - TCF                                                                      Page 1 of 1

Submitted on 2/7/23
@ 12:12

MICHIGAN DEPARTMENT OF CORRECTIONS                                    4835-4247  10/94
**PRISONER/PAROLEE GRIEVANCE FORM**                                    CSJ-247A

RECEIVED

Date Received at Step I _____    Grievance Identifier: TCF 23 02 -- 1191-16 7B

FEB 0 9 2023

> **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance
> procedure, refer to ~~GRIEVANCE OFFICE~~ 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Shadney Hamer | 787162 | TCF | FB-97 | 2-5-23 | 2-6-23 |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? __2-5-23__
If none, explain why. Spoke with C.O. Lamb who recorded the events in F-B
Logbook on pg-99, 2-5-23. Spoke with Sgt. Layne and RN Adameck

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I wrote a grievance on
food services for tampering with my meal in January. Robert Ortega the TCF
food supervisor retaliated against me by sending meals to me that I cannot
consume due to being severly allergic to vinegar. On January 30, 2023 Robert
Ortega emailed Kristen, Jones at 12:32 an LRF dietian inquiring about
my medical situation and Kristen Jones told him that im not allergic
to vinegar (which is out of the scope of her job). And Robert Ortega
took that as a green light to do as he pleases. Food Stewart
Jones also told Ortega do not mess with Hamer and he did it any
way. Violating my 8th & 1st Amendment.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation.  If resolved, explain resolution.)

_____          _____          _____          _____
Respondent's Signature            Date            Reviewer's Signature              Date

_____          _____          _____          _____
Respondent's Name (Print)      Working Title     Reviewer's Name (Print)        Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

# Michigan Department of Corrections
## Medical Detail Special Accommodations

| Off #: 0787762 | Offender Name: Hamer, Shadney Deperryon |
|---|---|

| | |
|---|---|
| ___ No Work | Exp. Date: _____ |
| ___ Lay In | Exp. Date: _____ |

**Housing Restriction**

**X** No Restrictions

**Physical Limitation/Restriction**

| Restriction | Expiration Date |
|---|---|
| No Chemical Agents | |
| No Yard Crew | |
| No Kitchen Work | |
| Food Allergy (Seg Unit) | |

**May have the following equipment in his / her possession**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Non Wool Blanket | 11/12/2021 | | |

**Comments:** Meals in-Food allergy (vinegar and beans)

02/06/2023
Date

| Offender Name: **Hamer, Shadney Deperryon** | Off #: **0787762** | Lock: **FB:092:Bot:B** |
|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

MDOC

Page 1 of 1

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

RECEIVED

4835-4247 10/94
CSJ-247A

Date Received at Step I ___FEB 09 2023___ Grievance Identifier: __TCF23021-VI201-28A__

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Shadey Homer | 787762 | TCF | FB-92 | 2/8/23 | 2/9/23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? __2/8/23__

If none, explain why. C/O Keller said he'd be a witness stating food service will not feed me. C/O Keller called Sgt. Kluba he called healthcare. Spoke w/ ARUS Hairston.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.

Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. On 2/8/23 I was denied a special accommodation tray by food service. C/O Keller stated to food service that Homer has a detail and that the detail is new with no expiration date. Food service still rejected C/O Keller's statement and did not feed Mr. Homer at all. This has been an on going problem for two weeks. Please investigate. This is a clear violation of my constitutional rights. For my resolution I ask that the food service person + those involved be fired.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

_____    _____    _____    2/13/23
Respondent's Signature       Date       Reviewer's Signature        Date

_____    _____    _____    _____
Respondent's Name (Print)    Working Title    Reviewer's Name (Print)    Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | _____ Grievant's Signature | _____ Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

RECEIVED

Date Received at Step I ___ FEB 0 9 2023 ___ Grievance Identifier: _____

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | | |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____

If none, explain why. _____

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No    If No, give explanation. If resolved, explain resolution.)

Respondent's Signature _____ Date _____ Reviewer's Signature _____ Date _____

Respondent's Name (Print) _____ Working Title _____ Reviewer's Name (Print) _____ Working Title _____

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One;  Goldenrod — Grievant

## AFFIDAVIT BY CROSSLEY #233859

A. PURSUANT TO U.S.C 1746 UNDER THE PENALTY OF PERJURY I DECLARE, VERIFY, AND CERTIFY THAT ALL IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF THAT: (1) is not being presented for an improper purpose, such as to harass, and/or cause unnecessary delay;

B. AT OR AROUND THE BEGINNING OF FEBRUARY OF 2023 I PRISONER CROSSLEY #233859 WAS A FORMER EMPLOYEE OF THE THUMB CORRECTIONS FACILITY FOOD SERVICE STAFF. FOOD SUPERVISOR SUPERVISOR BARNES TOLD ME THAT ORTEGA WHO IS THEW FOOD DIRECTOR AT THUMB CORRECTIONS FACILITY WAS TRYING TO STOP MR. HAMER FROM RECEIVING MEALS-IN BECAUSE HE BELIEVES MR. HAMER ISNT ACTUALLY ALLERGIC TO VINEGAR(as Hamer's detail and accomadation states). BARNES ALSO STATED THAT ORTEGA HAD THE LAST SAY SO IN THE FACILITY'S KITCHERN AND COULD NOT STEP IN BETWEEN ORTEGA AND HAMER. ORTEGA SPECIFICALLY TOLD ME THAT HED SPOKEN TO A DIETICIAN AND THAT THE DIETICIAN TOLD HIM THAT MR. HAMER HAD RECIEVED SEVERAL TESTS AND THAT THEY WERE ALL NEGATIVE. HE FURTHER STATED THAT NO SPECIALTY SUBSTITUTION MEALS WOULD BE SENT TO MR. HAMER AND THAT MR. HAMER WOULD HAVE TO COME TO THE CHOW HALL FROM NOW ON.
C. I BEING THE NEXT DOOR NEIGHBOR TO MR. HAMER KNOW FOR CERTAIN MR. HAMER HAVE NOT RECEIVED ANY TEST THAT COULD PROVE HE IS NOT ALLERGIC TO VINEGAR.

D. MR.HAMER HAS A SPECIAL ALLEGEN TO VINEGAR THAT CAN NOT BE TESTED CALCLED IDIOPATHIC ANAPHYLAXIS WITH BLOOD TESTS.

E. I AM VERY FAMILIAR WITH MR. HAMERS ALLERGES TO VINEGAR BEING THAT IM HIS NEIGHBOR AND THAT WHEN I WORKED IN THE KITCHEN I WAS ONE OF THE FEW WHO WOULD MAKE SURE MR. HAMER TRAY WAS RIGHT ACCORDING TO HIS DETAIL.

E. I SPOKE UP FOR MR. HAMER TO ORTEGA STATING THAT WHOMEVER TOLD HIM HIS FACTS WERE WRONG. MR. ORTEGA THEN VERBALLY THREATENED TO FIRE ME " STATING, YOU MUST'NT LIKE YOUR JOB". HIS THREAT CAUSED ME TO LEAVE THE SITUATION ALONE.

Mistakes on 1, 8. 25  Crossley
                        signature

Crossley        2 14 2023
print and date

Crossley        2.14 2023
signature and date

_____  2/14/23
witness sign an
date

Policy Directie

03.02.30 (J)(5)

1. The grievance is filed in an untimely manner. The grievance shall not be rejected if there is a valid reason for the delay; e.g. transfer.

<u>Case Law</u>

According to prisoners self help litigation manual 4th Edition by
John E. Boston sometime (Method ___)

"Further prison staff once convinced, get off the hook just by claiming
that they thought you were faking or malingering. The Court or jury can
reject that claim if there is other evidence that the Knew you were ill
or at risk."

1. 221 Fed Appx. 404 (3rd Cir. 2007) (unpublished) Walker Benjamin, 293,
F.3rd 1030, 1038-40 (7th Cir. 2002) (claims that doctor and nurse
was malingering was enough to get by summary judgment if question of
deliberate indifference)

2. Hamilton v Endel, 981 F.2d 1063, 1066-67 (5th Cir. 1992) (Courts have
also held that where a prisoner's treating physician recommend a course
of action and other higher level medical administrators) ignore the
treatment but can be deliberate indifference.

3. Lopez v. Smith, 203 F.3d 1122, 32 (9th Cir. 2002) (en banc)
(failure to provide prescribed liquid diet for prisoner with a jaw
jaw, or a substitution of pureed diet that could not be swallowed
through a straw stated a claim interference with prescribed
treatment.

1

**1. A.** TCF-2301-09E   written on 1/8/23, submitted on 1/9/23, at 6:10, TCF2622 camera.

**1 B.** Memorandum - step 1 grievance recieved

**1 c.** Memorandum - step 1 extension - grievance will be returned by 2/27/23.

**1. d.** step 1 grievance response - recieved 2/23/23. Extension granted end date 2/24/23.

**1. e.** plaintiff expedited legal mail request for step 1 appeal on 3/2/23 date sent out by mailroom 3/3/23.

**1. f.** Grievance Appeal form recieved on 3/13/23 sent back on 3/14/23 expired appeal date on 3/9/23 (Notice at top).

**1. G.** Plaintiff expedited Legal Mail sent in grievance on 3/14/23 at 11:50 sent out by mailroom on 3/15/23.

**1. H.** Memo. - untimely stated request was returned to me on 3/7/23 and was due in this office by 3/9/23. Automatic untimely rejection.

**1. I.** Step 2 appeal sent to lansing on 3/28/23 sent out by mailroom on 3/29/23.

**2 A.** TCF-2302-121-28A written on 2/8/23 recieved by grievance office 2/9/23. ADW dated on 2/10/23.

**2 B.** Step 1 appeal sent back on 3/8/23, signed by P.C. on 3/9/23 sent in mail by mailroom 3/10/23.

**2 C.** Memorandum rejection step 2 due on 3/2/23.

**2. D.** step 3 sent to lansing 3/23/23 at 10:29 recieved on 3/15/23.

**3 A.** TCF-2302-119-17B written on 2/6/23 submitted on 2/7/23 at 12:12 on TCF2622 camera. Recieved date 2/9/23

**3 B.** step 1 grievance response - recieved in grievance office 2/17/23.

**3 c.** step 1 appeal request expedited legal mail 2/23/23 date sent out by mailroom 2/27/23.

1

Camera
TCF2622
D 06:10 on 1/9/23

MICHIGAN DEPARTMENT OF CORRECTIONS                                    4835-4247 10/94
PRISONER/PAROLEE GRIEVANCE FORM                                       CSJ-247A

Date Received at Step I ___JAN 12 2023___ Grievance Identifier: TCF123 1011 - - 33I-109 1E

Be brief and concise GRIEVANCE OFFICE issue. If you have any questions concerning the grievance
procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Shadney Homer | 787767 | TCF | FB·92 | 1/8/23 | 1/8/23 |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? __1/8/23__
If none, explain why. Spoke w/ C.O. Lamb, and C.O. Demers. C.O. Demers
called the kitchen and spoke to Sgt. Lang.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

B logbook - On 1/8/23 Homer was given a hamburger patty that was      Ex. 1 pg. 45 of Franklin
tampered with. Homer reported it to his C.O.'s in which they wrote
what they saw in the logbook. The kitchen then was contacted
Food leader Mabry told the C.O.'s that she would not replace the
meal. Then replaced it with BBQ Soy which again I am
allergic to. Please investigate I feel I am being targeted for

Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No     If No, give explanation.  If resolved, explain resolution.)

_____

| Respondent's Signature | | Date | Reviewer's Signature | | Date |
|---|---|---|---|---|---|
| Respondent's Name (Print) | | Working Title | Reviewer's Name (Print) | | Working Title |

| Date Returned to Grievant: 2-23-23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

# Michigan Department of Corrections

*"COMMITTED TO PROTECT, DEDICATED TO SUCCESS"*

## Memorandum

Date:    January 12, 2023

To:      As Assigned / S Zubek

From:    R. Buhl, Grievance Coordinator    Thumb Correctional Facility

Subject:   Attached Grievance Filed by Prisoner: #787762 Hamer        Lock: FB-92

     **Grievance Identifier: TCF 23-01-033-09-E**
     **Per revised PD-03.02.130**

After reviewing the attached Step I grievance, I have decided that you are the most appropriate
staff member to investigate the issue.

The completed grievance should be returned to this office by ~~2/2/2023~~ 2/24/23. If you are going to
require additional time beyond the due date to complete this investigation and
response, you must request an extension. That request can be made via e-mail to the
Grievance Coordinator.  Thank you in advance for your timely response.

# MICHIGAN DEPARTMENT OF CORRECTIONS

### *"COMMITTED TO PROTECT, DEDICATED TO SUCCESS"*

## MEMORANDUM

**Date:**       **February 1, 2023**

**To:**         **#787762 Hamer**          Lock: FB-92

**From:**       **R Buhl, Grievance Coordinator**
                **Thumb Correctional Facility (TCF)**

**Subject:**    **Grievance Investigation Extension**
                **RE: Step I Grievance #TCF-23-01-33-09-E**

In accordance with P.D. 03.02.130, Prisoner/Parolee Grievances, effective 4/28/03, Page 4, Section T, it is the responsibility of the grievance coordinator to grant to grievance respondents an extension of time-limits when responding to prisoner grievances. Such extensions shall not exceed 15 business days.

This is to notify you that an extension has been granted, giving the respondent of your grievance more time to investigate the above referenced grievance. This grievance, due on 2/3/2023, will be returned to you no later than 2/27/2023.

If you have any questions, please feel free to contact me.

cc: file

MICHIGAN DEPARTMENT OF
CORRECTIONS

CSJ-247S 3/18/2019

### STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Hamer | 787762 | / | TCF-23-01-03-3-09-E |

| Prisoner Interviewed: | YES ☐ | NO ☒ | If "NO", Reason: Prisoner at another Facility | |
|---|---|---|---|---|
| Extension Granted: | YES ☒ | NO ☐ | If "YES", Enter End Date: | 02/24/23 |

**COMPLAINT SUMMARY:**
Grievant states that on 01/08/23 he was given a hamburger patty that was tampered with. The grievant states that the officer notified the kitchen and cook 7 Mabry stated that they would replace the meal. The grievant stated, he received a BBQ soy patty.

**INVESTIGATION SUMMARY:**
Interviewed Franklin officers, Sergeant Layne, and cook 7 Mabry. they stated that Franklin Sgt Lang notified the kitchen to let them know about the tainted burger. Cook 7 Mabry sent over a new tray. Sergeant Layne did not hear any complaints after the new tray was sent over. Reviewed Franklin logbook.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
Policy 04.07.100 Offender Meals; Meal Distribution

**DECISION SUMMARY:**
The grievant was not interviewed. Grievant was transferred on 02/16/2023 to SMT. This grievance is denied at step one.

RECEIVED

FEB 2 3 2023

GRIEVANCE OFFICE

| RESPONDENT NAME: | A. Yela-Nimphie | TITLE: | GOA |
|---|---|---|---|
| RESPONDENT SIGNATURE: | | DATE: | 2/22/23 |
| REVIEWER NAME: | Steve Zubek | TITLE: | Facilities Manager |
| REVIEWER SIGNATURE: | | DATE: | 2/22/23 |

Distribution: Original - Step I Grievance Coordinator   Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION **(EXPEDITED LEGAL MAIL – PRISONER)** | REV. 11/15   4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock  9B1-2X13   Institution  _SMT_

Prisoner Number  78762   Prisoner Name / Type or Print Clearly  _Homer_

☐ Legal Postage  ☐ Filing Fee  $ _____  ☐ Certified Mail (Must be a Court Ordered Requirement)

☐ New Case  ☐ Case Number  _____

Pay To  _PRF_

Mailing Address  _TCF Grievance Coordinator step appeal_   Request 4   2301-033-69E / 2302-197-27B

_3225 John Cooley Dr._

_Lapeer, MI, 48446_

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature  _____   Date & Time Submitted  3/02/23  10850

Received by  _PC Addison_   Staff Signature  _PC Addi___
Type or Print Name & Title

Date & Time Received by Authorizing Staff  3/2/23 / 0850

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member   ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail   ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence   _____

Denied by  _____   Signature  _____
Type or Print Name & Title

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by  _Ringler  GA_   Signature  _R. ___ler_
Type or Print Name & Title

Postage Amount  $ .60   Date Placed in Outgoing Mail  3-3-23

**Only Business Office Staff are to Write in the Section Below**

Postage  $ _____   Total Obligation  $ 0.60   ☐ Court Filing Fee Denied Due to NSF

Filing Fee  $ _____   Check # _____

Date Copy Sent to Prisoner  3-3-23

Processed by  _Rockett  J  Twel_   Signature  _A ____la_
Type or Print Name & Title

DISTRIBUTION: ☐ Prisoner Accounting  ☐ Prisoner  ☐ Counselor's File  ☐ Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248  5/09
CSJ-247B

**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: ☐☐☐☐☐☐☐☐☐☐

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ by _____ . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | | |

**STEP II — Reason for Appeal**

**STEP II — Response**

Date Received by
Step II Respondent:

_____        _____        _____
Respondent's Name (Print)     Respondent's Signature        Date

Date Returned to
Grievant:

**STEP III — Reason for Appeal**

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

| MICHIGAN DEPARTMENT OF CORRECTIONS | | CSJ-318 |
|---|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15 | 4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _9R/o28B_ Institution _SMT_

Prisoner Number _787762_    Prisoner Name _Hamer_
Type or Print Clearly

☐ Legal Postage   ☐ Filing Fee   $ _____   ☐ Certified Mail (Must be a Court Ordered Requirement)

☐ New Case   ☐ Case Number _____

Pay To _____

Mailing Address _Grievance Coordinator_

_3225 John Cooley Dr_

_Lapeer MI 48446_

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _X_____   Date & Time Submitted _3/14/23_ / _1150_

Received by _____   Staff Signature _____
Type or Print Name & Title

Date & Time Received by Authorizing Staff _1150_ / _3/14/2013_

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member    ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail   ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence _____

Denied by _____   Signature _____
Type or Print Name & Title

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by _Wyse (SPA_   Signature _Wyse_
Type or Print Name & Title

Postage Amount _$.60_   Date Placed in Outgoing Mail _3/15/2023_

**Only Business Office Staff are to Write in the Section Below**

Postage   $ _____   Total Obligation $ _0.60_   ☐ Court Filing Fee Denied Due to NSF

Filing Fee   $ _____   Check # _____

Date Copy Sent to Prisoner _3-15-23_

Processed by _Kadikr, A   Tech_   Signature _A Radta_
Type or Print Name & Title

DISTRIBUTION: ☐ Prisoner Accounting   ☐ Prisoner   ☐ Counselor's File   ☐ Prisoner

# MICHIGAN DEPARTMENT OF CORRECTIONS

## *"COMMITTED TO PROTECT, DEDICATED TO SUCCESS"*

# MEMORANDUM

**Date:**        3/21/2023

**To:**          #787762 Hamer (SMT)

**From:**        N. Kurish, A/Grievance Coordinator
                 Thumb Correctional Facility (TCF)

**Subject:**     Rejected Step II Grievance #TCF-23-01-33-09E

RECEIVED
MAR 2 2 2023
GRIEVANCE OFFICE

      Your Step II grievance Appeal request is being rejected in accordance with PD 03.02.130. the policy states: A grievant may file a Step II if s/he is dissatisfied with the response received at Step I or if s/he did not receive a timely response. To file a Step II grievance, the grievant must request a Prisoner/ Parolee Grievance Appeal (CSJ-247B) from the Grievance coordinator and send the completed form to the Step II Grievance Coordinator designated for the facility, field office, or other office being grieved within ten business days after receiving the Step I response…the grievant is to send the grievance to the Step II Grievance Coordinator for processing. Page 5 of 7 Para. BB.

      Your response was returned to you on 2/23/2023. Your request was returned to you on 3/7/2023 and was due in this office by 3/9/2023. I did not receive your appeal until 3/21/2023 which makes it untimely. You may proceed to Step III using this memo as your Step II response. Also, you did not include a copy of the Step I grievance and the Step I grievance response with your Step II grievance.

Reviewed By: *Warden F. Artis*                Date: 3/22/2023
                       F. Artis, Warden

cc: File

MICHIGAN DEPARTMENT OF CORRECTIONS

**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)**

CSJ-318
REV. 11/15    4835-3318

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock _931.28B_    Institution _SMT_

Prisoner Number _78776 Z_    Prisoner Name / Type or Print Clearly _Hamer_

☐ Legal Postage   ☐ Filing Fee   $ _____   ☐ Certified Mail (Must be a Court Ordered Requirement)

☐ New Case   ☐ Case Number _____

Pay To _____

Mailing Address _Grievance Office_     _TCF 2301 3309E_

_P.O. Box 30003_

_Lansing, MI 48909_

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _X_____    Date & Time Submitted _3/28/23_

Received by / Type or Print Name & Title _PC Addison_    Staff Signature _PC Add_

Date & Time Received by Authorizing Staff _3/28/23/ 1:14_

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member          ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail   ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence   _____

Denied by / Type or Print Name & Title _____    Signature _____

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by / Type or Print Name & Title _____    Signature _____

Postage Amount _$1.50_    Date Placed in Outgoing Mail _3-29-23_

**Only Business Office Staff are to Write in the Section Below**

Postage   $ _____    Total Obligation $ _1.50_    ☐ Court Filing Fee Denied Due to NSF

Filing Fee   $ _____    Check # _____

Date Copy Sent to Prisoner _3-29-23_

Processed by / Type or Print Name & Title _Poultit + Tech_    Signature _R. Avila_

DISTRIBUTION: ☐ Prisoner Accounting   ☐ Prisoner   ☐ Counselor's File   ☐ Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4247 10/94
CSJ-247A

**PRISONER/PAROLEE GRIEVANCE FORM**

Date Received at Step I  FEB 0 9 2023          Grievance Identifier: ☐ T C F ☐ 2 3 0 2 ☐ 1 1 3 1 1 ☐ 2 7 A ☐

GRIEVANCE OFFICE

| Be brief and concise in describing your grievance issue.  If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Shadraell Homer | 787762 | TCF | FB·92 | 2/8/23 | 2/8/23 |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date?  2/8/23

If none, explain why. C.O. Keller spoke to RN Markey and Brown escorted RN Markey to my cell.

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On 2/8/23 at 11:47 or around 11:47 at camera TCF 2620, RN Markey approached FB·92 and stated after looking at Mr. Homer's new detail written by N.P. Massey I dont anything about that your not allergic to anything so write a grievance or whatever your going to do. In front of C/O Brown. Mr. Homer stated I havent eaten and they're not gonna feed me because you told them not to send me a substitution tray with soy and no beans. ask that she is immediately fired.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation.  If resolved, explain resolution.)

_____        _____        _____        2/10/23
Respondent's Signature          Date                            Reviewer's Signature            Date

_____        _____        _____        ADW
Respondent's Name (Print)       Working Title                   Reviewer's Name (Print)         Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One;  Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248  5/09
CSJ-247B

**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: |__|__|__|__|__|__|__|__|__|__|__|__|

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ by _____. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | | |

**STEP II — Reason for Appeal**

**STEP II — Response**

Date Received by
Step II Respondent:

| Respondent's Name (Print) | Respondent's Signature | Date |
|---|---|---|
| | | |

Date Returned to
Grievant:

**STEP III — Reason for Appeal**

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15  4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _981·28B_  Institution _DMT_

Prisoner Number _787762_   Prisoner Name _Homer_
                          Type or Print Clearly

☐ Legal Postage   ☐ Filing Fee   $ _____   ☐ Certified Mail (Must be a Court Ordered Requirement)

☐ New Case   ☐ Case Number _____

Pay To _____

Mailing Address _Grievance Coordinator  step1 appeal TCF2302-M1-28A_

_2225 John Conley Dr._

_Lapeer MI. 48446_

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _____   Date & Time Submitted _3/8/23 1.1470_

Received by _PC Addison_   Staff Signature _PC Add_
Type or Print Name & Title

Date & Time Received by Authorizing Staff _3/9/23 /1432_

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member        ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail   ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence   _____

_____

Denied by _____   Signature _____
Type or Print Name & Title

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by _Rumler_   Signature _Rumla_
Type or Print Name & Title

Postage Amount _$1.50_   Date Placed in Outgoing Mail _3-10-23_

**Only Business Office Staff are to Write in the Section Below**

Postage $ _____   Total Obligation $ _1.50_   ☐ Court Filing Fee Denied Due to NSF

Filing Fee $ _____   Check # _____

Date Copy Sent to Prisoner _3-10-23_

Processed by _Rodlive, A Tech_   Signature _R. R.._
Type or Print Name & Title

DISTRIBUTION: ☐ Prisoner Accounting  ☐ Prisoner  ☐ Counselor's File  ☐ Prisoner

# MICHIGAN DEPARTMENT OF CORRECTIONS

## *"COMMITTED TO PROTECT, DEDICATED TO SUCCESS"*

# MEMORANDUM

**Date:**     March 15, 2023

**To:**       #787762 Hamer          **(Lock: SMT)**

**From:**     R. Buhl, Grievance Coordinator
              Thumb Correctional Facility (TCF)

**Subject:**  Rejected Step II Grievance #TCF-23-02-121-28-A

RECEIVED

MAR 16 2023

GRIEVANCE OFFICE

     The above referenced Step II grievance is returned to you, rejected as untimely in accordance with PD 03.02.130. The Step I grievance response was returned to you on 2/10/23 and your request for step II was received on 2/15/23. This step II was due to the TCF grievance office by 3/2/23 and was not received until 3/15/23. Therefore, your step II is considered rejected as untimely filed. You may proceed to step III using this memo as your response at step II.

Reviewed By: _Warden F. Atris_          Date: _3/15/2023_

             F. Atris, Warden

cc: File

MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318
DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15  4835-3318

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _9B1·2Y_  Institution _JMT_

Prisoner Number _78776~_   Prisoner Name _Homer_
Type or Print Clearly

☐ Legal Postage   ☐ Filing Fee   $ _____   ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case   ☐ Case Number   _____

Pay To _____

Mailing Address _Grievance Office_   _TCM 2302121 28A_

_P.O. Box 30003_

_Lansing MI 48909_

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _____   Date & Time Submitted $H 3b3/23 / 10:29

Received by _PC Addison_   Staff Signature _PC all_
Type or Print Name & Title

Date &Time Received by Authorizing Staff _3/23/23/  1029_

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
☐ Not hand delivered to authorizing staff member          ☐ New case or case number not on form
☐ Does not include court order for handling as certified mail   ☐ Other (explain)
☐ Prisoner refused to sign & date in staff member's presence   _____

Denied by _____   Signature _____
Type or Print Name & Title

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by _Rumler  GvA_   Signature _Rumler_
Type or Print Name & Title

Postage Amount  $ .84   Date Placed in Outgoing Mail _3·24·23_

**Only Business Office Staff are to Write in the Section Below**

Postage   $ _____   Total Obligation  $ 0.84   ☐ Court Filing Fee Denied Due to NSF

Filing Fee  $ _____   Check # _____

Date Copy Sent to Prisoner _3·24·23_

Processed by _Radtke, A  Tech_   Signature _Radt._
Type or Print Name & Title

DISTRIBUTION: ☐ Prisoner Accounting  ☐ Prisoner  ☐ Counselor's File  ☐ Prisoner



**STATE OF MICHIGAN**

GRETCHEN WHITMER
GOVERNOR

**DEPARTMENT OF CORRECTION**
**LANSING**

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

Rec #:     142287

28A

| | | |
|---|---|---|
| **To Prisoner:** | Hamer | **#:**  787762 |
| **Current Facility:** | SMT | |
| **Grievance Identifier:** | TCF-23-02-0121-28A | |
| **Step III Received:** | 3/27/2023 | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.    APR 1 1 2023

**Richard D. Russell, Manager Grievance**
**Section, Office of Legal Affairs**

CC: Warden, Current Facility:
    Warden,  Grieved Facility: TCF

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION **(EXPEDITED LEGAL MAIL – PRISONER)** REV. 11/15 | 4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock 981.28B  Institution SMT

Prisoner Number 787762

Prisoner Name
Type or Print Clearly  Homer

- [✓] Legal Postage
- [ ] Filing Fee  $
- [ ] Certified Mail (Must be a Court Ordered Requirement)
- [ ] New Case
- [✓] Case Number

Pay To

Mailing Address  Grievance Coordinator

3225 John Conley Dr.

LAPEER MI 48442

step/appeal request
TCF 2302-112-09D

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature

Date & Time Submitted 2/23/23 1:?:56

Received by
Type or Print Name & Title  Pr Addison

Staff Signature  Pr ?

Date & Time Received by Authorizing Staff  2/24/23/  0974

**Authorization Denied**

- [ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
- [ ] Not hand delivered to authorizing staff member
- [ ] New case or case number not on form
- [ ] Does not include court order for handling as certified mail
- [ ] Other (explain)
- [ ] Prisoner refused to sign & date in staff member's presence

Denied by
Type or Print Name & Title

Signature

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by
Type or Print Name & Title  L.Syse GOA

Signature  L.Syse

Postage Amount  $.60

Date Placed in Outgoing Mail  2/27/2023

**Only Business Office Staff are to Write in the Section Below**

| Postage | $ | Total Obligation $ 0.60 | [ ] Court Filing Fee Denied Due to NSF |
|---|---|---|---|
| Filing Fee | $ | Check # | |

Date Copy Sent to Prisoner  3.7.23

Processed by
Type or Print Name & Title  Renee F. Tull

Signature

DISTRIBUTION: [ ] Prisoner Accounting  [ ] Prisoner  [ ] Counselor's File  [ ] Prisoner

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION **(EXPEDITED LEGAL MAIL – PRISONER)** | REV. 11/15   4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock  971.28D       Institution  SMT

Prisoner Number  787762       Prisoner Name
                              Type or Print Clearly  Hamel

☐ Legal Postage    ☐ Filing Fee    $ _____    ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case    ☐ Case Number    _____

Pay To  _____

Mailing Address  Grievance Coordinator Step/appeal  TCF 2302-112-09D
                3225 John Conley Dr
                Lapeer MI, 48446

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature  _____    Date & Time Submitted  3/8/23  1:14:30

Received by  P C Addison       Staff Signature  P C add
Type or Print Name & Title

Date &Time Received by Authorizing Staff  3/9/73 / 1430

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member    ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail    ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence    _____

Denied by  _____    Signature  _____
Type or Print Name & Title

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by  Rumler  GoA       Signature  Rumla
Type or Print Name & Title

Postage Amount  $ 1.50       Date Placed in Outgoing Mail  3-10-23

**Only Business Office Staff are to Write in the Section Below**

| Postage | $ _____ | Total Obligation $ 1.50 | ☐ Court Filing Fee Denied Due to NSF |
|---|---|---|---|
| Filing Fee | $ _____ | Check # _____ | |

Date Copy Sent to Prisoner  3-10-23

Processed by  Radske, A TCCL       Signature  A _____
Type or Print Name & Title

DISTRIBUTION: ☐ Prisoner Accounting    ☐ Prisoner    ☐ Counselor's File    ☐ Prisoner

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION **(EXPEDITED LEGAL MAIL – PRISONER)**  REV. 11/15 | 4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _9B1.28B_  Institution _MT_

Prisoner Number _787762_  Prisoner Name _Homer_
Type or Print Clearly

☐ Legal Postage  ☐ Filing Fee  $ _____  ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case  ☐ Case Number _____

Pay To _____

Mailing Address _Grievance Office_  _TCF Z302 11209D_
_P. O. Box 30003_
_Lansing MI 48909_

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _____  Date & Time Submitted _3/23/23/ 10:27_

Received by _BC Addison_  Staff Signature _PC All_
Type or Print Name & Title

Date &Time Received by Authorizing Staff _3/23/23/ 1028_

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member  ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail  ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence

Denied by _____  Signature _____
Type or Print Name & Title

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by _Rumler GoA_  Signature _Rumler_
Type or Print Name & Title

Postage Amount _$.84_  Date Placed in Outgoing Mail _3.24.23_

**Only Business Office Staff are to Write in the Section Below**

Postage  $ _____  Total Obligation  $ _0.84_  ☐ Court Filing Fee Denied Due to NSF

Filing Fee  $ _____  Check # _____

Date Copy Sent to Prisoner _3.24.23_

Processed by _Bradik... Te&L_  Signature _A Reader_
Type or Print Name & Title

DISTRIBUTION: ☐ Prisoner Accounting  ☐ Prisoner  ☐ Counselor's File  ☐ Prisoner



### STATE OF MICHIGAN
GRETCHEN WHITMER
GOVERNOR

### DEPARTMENT OF CORRECTIONS
### LANSING

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

Rec #:   142302
09D

| To Prisoner: | Hamer | #:  787762 |
| --- | --- | --- |
| Current Facility: | SMT | |
| Grievance Identifier: | TCF-23-02-0112-09D | |
| Step III Received: | 3/27/2023 | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

### THE STEP III APPEAL IS DENIED.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Date Mailed:**   APR 1 1 2023

**Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs**

**cc: Warden, Filing Facility**   TCF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

# Michigan Department of Corrections

### *"COMMITTED TO PROTECT, DEDICATED TO SUCCESS"*

## Memorandum

*R. Pung*

**Date:**      **February 9, 2023**

**To:**      **As Assigned / S Zubek**

**From:**      **R. Buhl, Grievance Coordinator      Thumb Correctional Facility**

**Subject:**      Attached Grievance Filed by Prisoner: #787762 Hamer              **Lock: FB-92**

**Grievance Identifier: TCF 23-02-119-17-B**
**Per revised PD-03.02.130**

After reviewing the attached Step I grievance, I have decided that you are the most appropriate staff member to investigate the issue.

The completed grievance should be returned to this office by **3/2/2023.** If you are going to require additional time beyond the due date to complete this investigation and response, you must request an extension. That request can be made via e-mail to the Grievance Coordinator.  Thank you in advance for your timely response.

MICHIGAN DEPARTMENT OF
CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name | Prisoner # | Lock/Location | Grievance # |
|---|---|---|---|
| Hamer | 787762 | / | TCF-23-02-119-17B |

| Prisoner Interviewed: | YES ☐ | NO ☒ | If "NO" Reason: | Prisoner at another Facility |
|---|---|---|---|---|
| Extension Granted: | YES ☐ | NO ☒ | If "YES", Enter End Date: | |

**COMPLAINT SUMMARY:**
Grievant complaint regarding Theraputic Meal Trays brought to unit were not complying with his diet.

**INVESTIGATION SUMMARY:**
Inmate moved to SMT on 02/16/23. I spoke with Food Service Director and Health Care. Health Care stated that grievant was to no long have meals in and was to self select in chow hall.

RECEIVED

FEB 17 2023

GRIEVANCE OFFICE

**APPLICABLE POLICY, PROCEDURE, ETC.:**
Policy Theraputic Diet Services 04.07.101, paragraph J.

**DECISION SUMMARY:**
The Food Service staff and Health Care followed all policy. This grievance is denied at step 1.

| RESPONDENT NAME: | R. Pung | TITLE: | Account Tech |
|---|---|---|---|
| RESPONDENT SIGNATURE: | R Pung | DATE: | 2/16/23 |
| REVIEWER NAME: | Steve Zubek | TITLE: | Facilities Manager |
| REVIEWER SIGNATURE: | | DATE: | 2/16/23 |

**Distribution:** Original - Step I Grievance Coordinator   Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

MICHIGAN DEPARTMENT OF CORRECTIONS

**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)**

CSJ-318
REV. 11/15   4835-3318

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _981-28B_   Institution _SMT_

Prisoner Number _787762_   Prisoner Name
Type or Print Clearly _Hemel_

☐ Legal Postage   ☐ Filing Fee   $ _____   ☐ Certified Mail (Must be a Court Ordered Requirement)

☐ New Case   ☐ Case Number _____

Pay To _____

Mailing Address _Grievance Coordinator    step 1 appeal request_
_TCF 2302-119-173_
_3225 John Conley Dr._
_☐ Lapeer, MI, 48442_

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _[signature]_   Date & Time Submitted _2/23/23  1_
Received by
Type or Print Name & Title _[signature]_   Staff Signature _____

Date &Time Received by Authorizing Staff _____ / _____

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member   ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail   ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence

Denied by
Type or Print Name & Title _____   Signature _____

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by
Type or Print Name & Title _Wyse  LSoA_   Signature _Wyse_

Postage Amount _$.60_   Date Placed in Outgoing Mail _2/27/2023_

**Only Business Office Staff are to Write In the Section Below**

Postage   $ _____   Total
Obligation $ _0.60_   ☐ Court Filing Fee Denied Due to NSF

Filing Fee   $ _____   Check # _____

Date Copy Sent to Prisoner _2-27-23_

Processed by
Type or Print Name & Title _Kochler, A. Tech_   Signature _[signature]_

DISTRIBUTION: ☐ Prisoner Accounting   ☐ Prisoner   ☐ Counselor's File   ☐ Prisoner

The image contains handwritten form content that's partially legible.

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248 5/09
CSJ-247B

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: [ | | | | | | | | | | | | | ]

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ by _____. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | | |

**STEP II — Reason for Appeal**

**STEP II — Response**

| | | | |
|---|---|---|---|
| Respondent's Name (Print) | Respondent's Signature | Date | Date Received by Step II Respondent: |

Date Returned to Grievant:

**STEP III — Reason for Appeal**

Step 2 appeal on 3/7/23

Attached Expedited Legal Mail

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III —** Director's Response is attached as a separate sheet.

**DISTRIBUTION:** White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15  4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _9B1-28B_  Institution _SMT_

Prisoner Number _787762_   Prisoner Name Type or Print Clearly _Homer_

☐ Legal Postage  ☐ Filing Fee  $ _____  ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case  ☐ Case Number _____

Pay To _____

Mailing Address _Grievance Coordinator_ _Step/appeal_ _TCF-2302-119-173_
_3225 John Conley Dr._
_Lapeer MI 48446_

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _____   Date & Time Submitted _3/8/23 / 1430_

Received by _PC Addison_   Staff Signature _PC add_
Type or Print Name & Title

Date & Time Received by Authorizing Staff _3/9/23 / 1433_

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member      ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail   ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence   _____

Denied by _____   Signature _____
Type or Print Name & Title

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by _Rumler   SOA_   Signature _Rumler_
Type or Print Name & Title

Postage Amount $ _1.50_   Date Placed in Outgoing Mail _3-10-23_

**Only Business Office Staff are to Write in the Section Below**

Postage $ _____   Total Obligation $ _1.50_   ☐ Court Filing Fee Denied Due to NSF

Filing Fee _$ _____   Check # _____

Date Copy Sent to Prisoner _3-10-23_

Processed by _Radere, A Teal_   Signature _Q Radere_
Type or Print Name & Title

DISTRIBUTION: ☐ Prisoner Accounting  ☐ Prisoner  ☐ Counselor's File  ☐ Prisoner

# MICHIGAN DEPARTMENT OF CORRECTIONS

## *"COMMITTED TO PROTECT, DEDICATED TO SUCCESS"*

# MEMORANDUM

**Date:**     **March 15, 2023**

**To:**       **#787762 Hamer**          **(Lock: SMT)**          RECEIVED

MAR 1 6 2023

**From:**     **R. Buhl, Grievance Coordinator**
              **Thumb Correctional Facility (TCF)**          GRIEVANCE OFFICE

**Subject:**  **Rejected Step II Grievance #TCF-23-02-119-17-B**

 

    The above referenced Step II grievance is returned to you, rejected as untimely in accordance with PD 03.02.130. The Step I grievance response was returned to you on 2/17/23 and your request for step II was received on 3/2/23. This step II was due to the TCF grievance office by 3/6/23 and was not received until 3/15/23. Therefore, your step II is considered rejected as untimely filed. You may proceed to step III using this memo as your response at step II.

Reviewed By: *Warden F. Atris*          Date: 3/15/2023

               F. Atris, Warden

cc: File

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| **DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)** REV. 11/15 | 4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _q8I.28B_ Institution _SMT_

Prisoner Number _787762_   Prisoner Name (Type or Print Clearly) _Homer_

☐ Legal Postage ☐ Filing Fee  $ _____ ☐ Certified Mail (Must be a Court Ordered Requirement)

☐ New Case ☐ Case Number _____

Pay To _____

Mailing Address _Grievance Office_   _TCF 2302 11 9171B_
_P.O. Box 30003_
_Lansing MI 48909_

**The Following Section Must be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _____   Date & Time Submitted _3/23/23 /_

Received by (Type or Print Name & Title) _PC Addison_   Staff Signature _PC Add_

Date & Time Received by Authorizing Staff _3/23/23 /_   _1028_

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
☐ Not hand delivered to authorizing staff member   ☐ New case or case number not on form
☐ Does not include court order for handling as certified mail   ☐ Other (explain) _____
☐ Prisoner refused to sign & date in staff member's presence

Denied by (Type or Print Name & Title) _____   Signature _____

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by (Type or Print Name & Title) _Rumler  GoA_   Signature _Rumly_

Postage Amount  $ _.84_   Date Placed in Outgoing Mail _3-24-23_

**Only Business Office Staff are to Write in the Section Below**

Postage  $ _____   Total Obligation  $ _0.84_   ☐ Court Filing Fee Denied Due to NSF

Filing Fee  $ _____   Check # _____

Date Copy Sent to Prisoner _3-24-23_

Processed by (Type or Print Name & Title) _Radtke, A. Tech_   Signature _A Radtke_

DISTRIBUTION: ☐ Prisoner Accounting ☐ Prisoner ☐ Counselor's File ☐ Prisoner

4835-4248 5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

RECEIVED

Date Received by Grievance Coordinator
at Step II: MAR 1 5 2023

Grievance Identifier: TCF 2302 + 1191 17B

GRIEVANCE OFFICE

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

MAR 27 2023 TCF

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: Office of Legal Affairs
Grievance office by 3-6-23. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Shadney Hamer | 787762 | JMT | 9B1·28B | 2/5/23 | 3/8/23 |

**STEP II** — Reason for Appeal My details states in comments that I was to recieve meals-in for food allergy. Food Director Ortega is intentionally + willfully retaliating against me for writing a grievance on the kitchen staff for tampering with my food. 03.02.130 (CL) and 03.04.100 (FF)(5) See Attached detail from medical

**STEP II** — Response

Date Received by Step II Respondent:

Warden F. Artis
Respondent's Name (Print)

Warden F. Artas
Respondent's Signature

3/15/2023
Date

Date Returned to Grievant: 3/16/23

**STEP III** — Reason for Appeal According to P.D. 03.02.130 (J)(5) I recieved my step 2 appeal on 3/7/23 and timely turned them back in the next day (See Attached Expedited Legal Mail form.)

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

tate of Michigan county of Jackson

Shadney Hamer Affadavit

The plaintiff has been ___ the ___ incarcerated inmates calorie intake ___ ___ be between 2,500-3,000, per day, no matter if it's one meal or twice ___ divided throughout the day. The plaintiff asserts that due to his medical diet written by nurse Practioner Massey ___ ___ he is unable to eat foods such as Sloppy Joe, pasta salads, salad dressings, mustard, ketchup, pickles, etc. Due to his severe aversions to vinegar (acetic acid) the plaintiff ___ of even ___ certain foods or have certain items due to mustard, Ketchup, barbeque sauce being ___ placed on it. Smelling certain foods ___ ___ the watering of the eyes headaches, or throat swelling.

The plaintiff lost 9 pounds in one month due to food deprivation and malnutrition. 9 pounds in a month ___ a substantial amount of weight to lose in an unhealthy fashion. Along with weight loss the plaintiff also asserts that he had severe multiple headaches ___ migraines due to food deprivation. The plaintiff states that he did ___ seek out over the counter meds from ___ ___ staff but due to there new rule being that meds ___ ___ ___ ___ ___ are sold on commissary (store) medical will not give or provide the ___ ___ ___ stated above.

SHILOH SIGMANN LYONS
NOTARY PUBLIC, STATE OF MI
COUNTY OF LENAWEE
MY COMMISSION EXPIRES Jul 26, 20__
ACTING IN COUNTY OF

The plaintiff need to use _____ _____ he is a indigent prisoner who lacks the financials to purchase Tylenol or Ibuprofen.

Along with headaches and _____, consistent weight loss, hunger pangs, the plaintiff suffered an extreme dip in energy. He was no longer able to exercise on a stationary bike for cardio without getting dizzy. The plaintiff also lacked focus, slips of memory and was unable to _____ sleep in _____ due to the hunger pangs.

After the plaintiff transferred the plaintiff's energy and _____ rebounded. The plaintiff also has not suffered from a migraine or headache since TCF.

The plaintiff feels that MDOC employees do not care about policy or procedure due to the employee's recieving no punishment. Their has to be a change to change their crooked ways. Blatant retaliation has never been this see through and observable, yet they (MDOC's employees) do it every day. As RUM Starkey stated "we have good lawyers," And Robert Cusack stating so he can _____ a grievance for all he cares,"

SHILOH SIGMANN LYONS
NOTARY PUBLIC, STATE OF MI
COUNTY OF LENAWEE
MY COMMISSION EXPIRES Jul 28, 2025
ACTING IN COUNTY OF

Pursuant to 28 U.S.C. 1746 under penalty of perjury the plaintiff verify, certify, and declare all to be true and correct to the plaintiffs knowledge.

SHILOH SIGMANN LYONS
NOTARY PUBLIC, STATE OF MI
COUNTY OF LENAWEE
MY COMMISSION EXPIRES Jul 26, 2025
ACTING IN COUNTY OF Jackson

Notary

Shadray Hamer

Sign _____   5/1/23
                          date

1780 E. Parnall Rd.
Jackson MI. 49201



US POSTAGE
ZIP 49201 $ 009.55°
02 4M
0003865 MAY 09 2023

RECEIVED
MAY 11 2023
U.S. CLERK'S OFFICE
E.D. DISTRICT COURT

U.S. MARSHALS

Shadney Homes
# 787762
(SMT)
Parnall Correctional Facility
1780 E. Parnall RD
Jackson MI, 49201

United States District Court
Clerks Office
231 Lafayette Blvd
Detroit, MI. 48226

New Case